IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
v.
RICHARD ARMSTEAD #06241-028

pertaining to
case no. 3:11-cr-00012

This Civil Case No. ____________

HABEAS CORPUS UNDER 2241

Richard Armstead, acting pro se, files this habeas corpus petition under 21 USC 2241 requesting this court ORDER the Bureau of Prisons (BOP) to grant First Step Act (FSA) Time Credits for time served AFTER the Term Served for the 18 USC 1791(a)(2): possession of prohibited object in cell. In this instance marijuana, this Term was a 17 month "concurrent" sentence, for having marijuana in his prison [redacted].

Petitioner has exhausted his administrative remedies from the BOP.
The BOP is currently in violation of the statutes and laws of the United States of America.

Petitioner was in BOP custody in March 20, 2011. He was sentenced in 2012. The 1791(a)(2) charge was in his history, he was on probation for that charge. Armstead was given 37 months for violating probation (1st charge); 17 months on the 1791(a)(2) charge - which per statute is not eligible for FSA; and 240 months (2nd "new" charge). All to run concurrently.
To Clarify: Petitioner was in Federal BOP from 1999 to 2009, for the 1st charge.
He was released in 2009 on 3 years probation. The 1791(a)(2) marijuana charge was caught in prison.
The "new" 2nd charge was caught on probation. Petitioner was given 240 months for the 2nd charge; 37 months for violating probation on the 1st charge; and 17 months for the 1791(a)(2) charge. All to run concurrently.
This was prior to the FSA of 2018, and would be an ex post facto issue.

Under the First Step Act (FSA):

18 U.S.C. 523.41 (d) Eligible inmate -

(1) Eligible to earn FSA Time Credits. An inmate who is eligible to earn FSA Time Credits is an eligible inmate for the purposes of this subpart. Any inmate sentenced to a term of imprisonment pursuant to a conviction for a Federal offense, or any person in the custody of the Bureau, is eligible to earn FSA Time Credits, subject to the exception described in paragraph (d)(2) of this section.

(2) Exception. If the inmate is serving a term of imprisonment for an offense specified in 18 U.S.C. 3632(d)(4)(D), the inmate is not eligible to earn FSA Time Credits.

18 U.S.C. 3632(d)(4):

(D) Ineligible prisoners. A prisoner is ineligible to receive time credits under this paragraph if the prisoner is serving a sentence for a conviction under any of the following provisions of law:

18 USC 1791(a)(2) is an offense listed under 18 USC 3632(d)(4)

The BOP has repeatedly denied FSA Time Credits for the whole sentence, even after the "Term" of imprisonment for the specific FSA ineligible conviction is served. In this case: 17 months.
The BOP relies on 18 USC 3584(c) which states:

"Multiple terms of imprisonment ordered to run consecutively or concurrently shall be treated for administrative purposes as a single, aggregate term of imprisonment."

Although 1791(a)(2) is ordered to run "concurrently" for 17 months, the BOP is running the 1791(a)(2) Term for the entirety of the 240 month sentence. They are forbidden to do so per 18 USC 523.41(d)(2). Petitioner is eligible for FSA Time Credits AFTER "serving a term of imprisonment for..." 1791(a)(2), which is listed under 18 USC 3632(d)(4)(D).
The 240 month sentence for the drug convictions (841 and 846) for 50 grams of methamphetamine / 500 grams of cocaine are FSA eligible.

The Supreme Court's decision in LOPER BRIGHT ENTERPRISES, et al., v RAIMONDO, No. 22-451

(Decided June 28, 2024) directs courts to:

> "decide legal questions by applying their own judgement" and therefore
> "make clear that agency interpretations of statutes like agency interpretations of the Constitution are not entitled to [Chevron] deference. Under APA, it remains the responsibility of the court to decide whether the law means what the agency says."

The FSA has been interpreted by the BOP leading to prisoners being denied Time Credits that Congress intended.

## CONCLUSION / RELIEF REQUESTED

After serving the 17 months, concurrently, term to this 240 month sentence, which ended BEFORE March of 2013, Petitioner had finished his term of imprisonment for the 1791(a)(2) disqualifying FSA conviction. Since FSA became law in December 2018, Armstead should be GRANTED the full FSA Time Credits. This is an ex post facto issue, and is guaranteed by the United States Constitution. That is well over 2 years of Time Credits. Armstead will complete the Residential Drug Abuse Program (RDAP) in 6 months, which gives another year off his sentence. He gets 12 month of half-way house, per 18 USC 3621(b), and 6 months of home confinement, per 18 USC 3624(c)(2).
This is a total of Four and a half years (54 months) off his sentence.
Armstead would be "out the door" when he completes RDAP with all of the FSA Time Credits he has earned.

RELIEF REQUESTED: The Court is asked to GRANT this petition and ORDER
Armstead be released from BOP custody on the completion of his RDAP.
If not, then it is requested that the court ORDER the BOP to:

1) re-instate all the FSA Time Credits after the term of the 1791(a)(2) term is served;
2) grant one year half-way house;
3) and grant 6 month home confinement.

Respectfully Submitted,

Richard Armstead (signature) 8-29-24

RICHARD ARMSTEAD #06241-028
FCI-MEMPHIS
P.O. BOX 34550
MEMPHIS, TN 38184

DATE

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: ARMSTEAD, RICHARD L — 06241-028 — BEALE-B — Memphis, FCI
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL**

I AM REQUESTING FSA TIME CREDITS FOR MY TERM OF IMPRISONMENT SERVED AFTER THE TERM SERVED FOR THE 1791(e)(2) disqualifying CONVICTION. THAT TERM WAS FINISHED IN 2014. PRESIDENT BIDEN PARDONED FEDERAL OFFENSES FOR SIMPLE MARIJUANA CONVICTIONS. MY 841 AND 846 CONVICTIONS ARE ELIGIBLE FOR FSA TIME CREDITS.

I NEED TO EXHAUST MY ADMINISTRATIVE REMEDIES BEFORE FILING A 2241, AND HAVING THE COURTS ADDRESS THIS ISSUE

8-01-24 — Richard L. Armstead
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: ____

**Part C - RECEIPT**

CASE NUMBER: ____

Return to: ____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

**Administrative Remedy No. 1190643-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, in which you challenge eligibility for Federal Time Credits (FTCs) under First Step Act (FSA). You state you were sentenced to multiple offenses with one being for 18 U.S.C. §1791(a)(2), Possession of Contraband in Prison. You state you completed your sentence for that offense and believe you should now be deemed eligible to earn and apply FTCs through FSA for the remainder of your sentence. For relief, you request FSA eligibility to earn and apply FTCs at this time.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Your file was reviewed and it was determined you are ineligible for FTCs under the First Step Act of 2018, due to your offense conviction under 18 U.S.C. 1791(a)(2). This preclusion applies to your entire commitment, not the individual terms of imprisonment. You provide no new information that had not been considered at the lower levels that would compel us to reverse those decisions.

Accordingly, your appeal is denied.

August 14, 2024
Date

T. Barnett
Timothy Barnett, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: ARMSTEAD, RICHARD L (LAST NAME, FIRST, MIDDLE INITIAL) 06241-028 (REG. NO.) Memphis A (UNIT) Memphis, FCI (INSTITUTION)

**Part A - REASON FOR APPEAL**

I AM REQUESTING FSA TIME CREDITS FOR MY TERM OF IMPRISONMENT SERVED AFTER THE TERM SERVED FOR THE 1791(a)(2) disqualifying CONVICTION. THAT TERM WAS FINISHED IN 2014. PRESIDENT BIDEN PARDONED Federal OFFENSES FOR SIMPLE MARIJUANA CONVICTIONS. My 841 AND 846 CONVICTIONS ARE ELIGIBLE FOR FSA TIME CREDITS.

I NEED TO EXHAUST MY ADMINISTRATIVE REMEDIES BEFORE FILING A 2241, AND HAVING the Courts Address this ISSUE

8-01-24 (DATE) Richard L. Armstead (SIGNATURE OF REQUESTER)

**Part B - RESPONSE**

RECEIVED
AUG 12 2024
Administrative Remedies
Federal Bureau of Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER:

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Armstead Richard L. | 06241-028 | Beale B | Memphis FCI
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A - REASON FOR APPEAL

I am request that my status of being ineligible to receive FTC credits be reinstated based on my current offense code 39 21:846 in which I received a Sentence of 240 months. This offense is a qualifying offense which allows me to be eligible to receive FSA benefits. I've completed various programs EBBR, First Step Courses and ACE classes with a low recedivisum level. Please review FSA statues and Codes as well as my current conviction. Thank you for your time and attention. On October 6, 2022 President Biden issued a presidential proclamation that pardoned many federal offenses for simple marijuana possession offenses. On December 22, 2023, President Biden issued another proclamation that expanded the relief provided by the original proclamation.

3-18-24
DATE

Richard L Armstead
SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED APR 09 202[illegible]

RECEIVED MAR 25 202[illegible]

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1190643-R1

Part C - RECEIPT

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Armstead Richard L — 06241-028 — B-B — MEMPHIS
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST**

I'm requesting that my earned FTC days be applied towards my release. I'm currently incarcerated with offense code 391 21:846 Sec 841-851. I have completed various EBRR classes and has earned FTC days for my completion and participation in these classes. My FSA Eligibility status is eligible and I'm requesting that the FTC earned time credit reflects the sam status.

Thank you for your time, Assistance, and consideration regarding this request.

2-13-24 — Richard Armstead
DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

MEM Warden - Federal Prison
Received:
Date 2/20/24
Initials [illegible]

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 1190643-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

**FEDERAL CORRECTIONAL INSTITUTION MEMPHIS, TENNESSEE**
**PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY**
**REMEDY # 1190643-F1**

This is in response to your Request for Administrative Remedy, wherein you requested that your earned FTC days be applied towards release.

According to Program Statement 5410.01, CN-2 First Step Act of 2018 - Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4), the FSA prohibits inmates from receiving credit prior to its enactment, prior to the commencement of the inmate's sentence, or if the inmate is serving a sentence for a disqualifying offense or has a disqualifying prior conviction. You were previously convicted of Possession of Contraband in Prison, which is an FSA ineligible offense. Your FSA assignment is FTC INELIG; therefore, credits will not be applied.

Based on the above information, your Request for Administrative Remedy is denied.

If you are not satisfied with this response, you may appeal to the Regional Director at Bureau of Prisons, Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701. Your appeal must be received in the Mid-Atlantic Regional Office within 20 days of this response.

E. Hu— (signature)
C. Harrison, Warden

3/5/24
Date

REGIONAL ADMINISTRATIVE REMEDY APPEAL
Part B - Response

**Date Filed: April 09, 2024** **Remedy ID No.: 1190643-R2**

You appeal the Warden's response to your administrative remedy. You claim you should be able to receive Federal Time Credits (FTC), due to your current offense. You request to be reinstated as eligible to receive FTC.

Upon review, you are serving 240 months aggregated sentence for several convictions to include Possession of a Prohibited Object in Prison, in violation of 18 U.S.C. §1791(a)(2). Due to 18 U.S.C. §1791 being listed as an ineligible offense under the First Step Act and because you are serving an aggregated sentence, you are ineligible to receive FTC.

Your appeal is denied. If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534. Your appeal must be received in the General Counsel's Office within 30 days from the date of this response.

MAY 10 2024
Date

C. Gomez
Regional Director
Mid-Atlantic Region

Form date: 06/06/2021

2/1/24

FCI/SPC MEMPHIS, TENNESSEE
ATTEMPT AT INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy, BP-229(13), you should attempt to informally resolve your complaint through your Correctional Counselor. Briefly, state complaint below and list what effort you have made to resolve your complaint informally.

1. Informal Resolution Form Issued by: [signature]

2. Inmate Name Richard Armstead Number 06241-028 Unit B-B

INMATE'S COMMENTS. (Inmate MUST COMPLETE Items 2, 3, 4, 5 and 6)

3. Complaint: My Complaint is the BOP has denied me the right to receive Earned time Credit (15) days a month without Just Cause I am eligible

4. Efforts made to resolve and list staff contacted: unit Team

5. What remedy are you seeking? To get my Earned time Credit

6. Inmate Signature: Richard Armstead Date returned: 2/1/24

7. COMMENTS: (To be completed by staff only)

Staff response to complaint: You are classified as FTC ineligible based on your conviction for 18:1791(a)(2) Possession of Contraband in Prison. This is listed as a disqualifying offense in 18 USC 3632 (d)(4)(D).

Smallwood 2/08/24

8. Date informally resolved: ____________ Date BP-229(13) issued: ____________

9. Signature: ____________ [signature] 2/8/24
Correctional Counselor Unit Manager Date

MCM Warden - Federal Prison
Received:
Date 5/14/24
Initials [handwritten initials]

RICHARD LAMONT ARMSTEAD, 06241-028
MEMPHIS FCI UNT: 3 RDAP QTR: M01-115L
1101 JOHN A DENIE ROAD
MEMPHIS, TN 38134