**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| **RICHARD ARMSTEAD,** | ) | |
| **Petitioner,** | ) | |
| | ) | No. 2:24-cv-02671-MSN-tmp |
| **v.** | ) | |
| | ) | |
| **CHARLES HARRISON, Warden** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**DECLARATION OF ROBIN EADS**

---

I, Robin Eads, declare and state as follows:

**1.** I am employed by the Federal Bureau of Prisons ("BOP") as a Paralegal at the Consolidated Legal Center ("CLC") located at the Federal Medical Center in Lexington, Kentucky ("FMC Lexington"). As a Paralegal at the Lexington CLC, I have access to records maintained by the BOP, including records contained in the Inmate Central File; and SENTRY, a computer database that contains inmates' personal data, administrative remedy history, sentence computation, disciplinary history, housing assignments, and other pertinent information.

**2.** In preparation for making this declaration, I reviewed records maintained by the BOP for federal inmate Richard Armstead ("Petitioner"), Register Number 06241-028.

**3.** Petitioner is currently serving an aggregate 240-month sentence, which includes sentences three separate sentences:

(1) A 240-month sentence for conspiracy to possesses with intent to distribute and to distribute in excess of 500 grams of cocaine in violation of 21 U.S.C. §§ 841, 846 & 851; and conspiracy to possess with intent to distribute and to distribute in excess of 50

grams of methamphetamine in violation of 21 U.S.C. §§ 841, 846 & 851, imposed by the United States District Court for the Southern District of Indiana on May 29, 2012;

(2) A 37-month sentence for a supervised release violation with an original sentence for conspiracy to possess with intent to distribute cocaine and cocaine base imposed by United States District Court for the Southern District of Indiana on May 29, 2012; and

(3) a 24-month sentence for a supervised release violation with an original sentence for contraband in prison, a violation of 18 U.S.C. § 1791 imposed by the United States District Court for the Southern District of Indiana on May 29, 2012.

[Attachment A – SENTRY Report, Public Information Inmate Data & Attachment.] The supervised release sentences were ordered to run concurrent with the 240-month sentence and each other. [*See* Attachment A.]

**4.** As Petitioner is currently serving a sentence for a conviction under 18 U.S.C. § 1791, the BOP has determined that he is ineligible for First Step Act ("FSA") time credits pursuant to 18 U.S.C. § 3632(d)(4)(D)(xxix). [*See* Attachment A.]

**5.** Petitioner is currently designated to the Federal Correctional Institution located in Thomson, Illinois ("FCI Thomson"). [*See* Attachment A.]

**6.** I certify that the above cited documents are true and accurate copies of records maintained by the BOP in the regular course of business:

Attachment A: SENTRY Report, Public Information Inmate Data for Richard Armstead, Register Number 06241-028

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing statements are true and correct. Executed on this 11th day of September 2025.

Robin Eads
Paralegal
Federal Medical Center
Lexington, Kentucky

# Attachment A

REGNO..: 06241-028 NAME: ARMSTEAD, RICHARD LAMONT

RESP OF: TOM
PHONE..: 815-259-1000 FAX: 815-259-0186
RACE/SEX...: BLACK / MALE
AGE: 50
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 08-19-2028 PAR HEAR DT:

REGNO..: 06241-028 NAME: ARMSTEAD, RICHARD LAMONT

RESP OF: TOM
PHONE..: 815-259-1000 FAX: 815-259-0186
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-19-2028

THE INMATE IS PROJECTED FOR RELEASE: 08-19-2028 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION...........: INDIANA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 3:11CR00012-004
JUDGE...........................: YOUNG
DATE SENTENCED/PROBATION IMPOSED: 05-29-2012
DATE COMMITTED..................: 07-18-2012
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $200.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 391 21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21:841,846&851. CONSPIRACY TO POSSESS WITH INTENT TO DIST & TO DISTRIBUTE IN EXCESS OF 500 GRAMS OF COCAINE (CT 1.) 21:841, 846,&856. CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE & TO DISTRIBUTE IN EXCESS IF 50 GRAMS OF METHAMPHETAMINE (ACTUAL).

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 240 MONTHS
TERM OF SUPERVISION............: 10 YEARS
DATE OF OFFENSE................: 03-30-2011

REGNO..: 06241-028 NAME: ARMSTEAD, RICHARD LAMONT

RESP OF: TOM
PHONE..: 815-259-1000 FAX: 815-259-0186

----------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION...........: INDIANA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 3:99CR00037-001
JUDGE...........................: YOUNG
DATE SENTENCED/PROBATION IMPOSED: 08-30-2000
DATE SUPERVISION REVOKED........: 05-29-2012
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 07-18-2012
HOW COMMITTED...................: CMT SRTV PREV RED CRK COC GDLS
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $500.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 409 21:841 & 846 SEC 841-851

OFF/CHG: 21:841 (A)(1) & 846. CONSPIRACY TO POSSESS WITH INTENT TO
DISTRIBUTE COCAINE AND COCAINE BASE.

SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
SENTENCE IMPOSED/TIME TO SERVE.: 37 MONTHS
CLASS OF OFFENSE...............: CLASS A FELONY
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CC
DATE OF OFFENSE................: 12-17-1999

----------------------CURRENT JUDGMENT/WARRANT NO: 050 -----------------------

COURT OF JURISDICTION...........: INDIANA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 3:11CR00017-001
JUDGE...........................: YOUNG
DATE SENTENCED/PROBATION IMPOSED: 05-30-2006
DATE SUPERVISION REVOKED........: 05-29-2012
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 07-18-2012

REGNO..: 06241-028 NAME: ARMSTEAD, RICHARD LAMONT

RESP OF: TOM
PHONE..: 815-259-1000 FAX: 815-259-0186
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 114 18:1791 CONTRABAND IN PRISON

OFF/CHG: 18:1791 - POSSESSION OF CONTRABAND IN PRISON, CT.1

SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
SENTENCE IMPOSED/TIME TO SERVE.: 24 MONTHS
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CC
DATE OF OFFENSE................: 06-05-2005

-------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 10-28-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-26-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 030 010, 040 010, 050 010

REGNO..: 06241-028 NAME: ARMSTEAD, RICHARD LAMONT

RESP OF: TOM
PHONE..: 815-259-1000 FAX: 815-259-0186
DATE COMPUTATION BEGAN..........: 05-29-2012
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 240 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 20 YEARS
AGGREGATED TERM OF SUPERVISION..: 10 YEARS
EARLIEST DATE OF OFFENSE........: 12-17-1999

| JAIL CREDIT....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 03-30-2011 | 05-28-2012 |

TOTAL PRIOR CREDIT TIME.........: 426
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 952
TOTAL GCT EARNED................: 628
STATUTORY RELEASE DATE PROJECTED: 08-19-2028
ELDERLY OFFENDER TWO THIRDS DATE: 07-28-2024
EXPIRATION FULL TERM DATE.......: 03-29-2031
TIME SERVED.....................: 14 YEARS 5 MONTHS 13 DAYS
PERCENTAGE OF FULL TERM SERVED..: 72.2
PERCENT OF STATUTORY TERM SERVED: 83.1

PROJECTED SATISFACTION DATE.....: 08-19-2028
PROJECTED SATISFACTION METHOD...: GCT REL

REGNO..: 06241-028 NAME: ARMSTEAD, RICHARD LAMONT

RESP OF: TOM

HOME DETENTION ELIGIBILITY DATE: 10-26-2009

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 04-26-2010 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: INDIANA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 3:99CR00037-001
JUDGE...........................: YOUNG
DATE SENTENCED/PROBATION IMPOSED: 08-30-2000
DATE COMMITTED..................: 09-18-2001
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $500.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391 21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21:841,846 - CPWITD/COCAINE, CT.1

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 151 MONTHS
TERM OF SUPERVISION............: 3 YEARS
NEW SENTENCE IMPOSED...........: 120 MONTHS
BASIS FOR CHANGE...............: USSG CCOCAINE DCSN 12-11-2007
CLASS OF OFFENSE...............: CLASS A FELONY
DATE OF OFFENSE................: 12-17-1999

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: KENTUCKY, EASTERN DISTRICT

REGNO..: 06241-028 NAME: ARMSTEAD, RICHARD LAMONT

RESP OF: TOM
PHONE..: 815-259-1000 FAX: 815-259-0186
DOCKET NUMBER...................: 0:06CR1-1DLB
JUDGE...........................: BUNNING
DATE SENTENCED/PROBATION IMPOSED: 05-30-2006
DATE COMMITTED..................: 06-02-2006
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 114 18:1791 CONTRABAND IN PRISON

OFF/CHG: 18:1791 - POSSESSION OF CONTRABAND IN PRISON, CT.1

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 12 MONTHS
TERM OF SUPERVISION............: 3 YEARS
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CS TO JUDG 010
DATE OF OFFENSE................: 06-05-2005

--------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-23-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-13-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010: 010 010, 020 010

REGNO..: 06241-028 NAME: ARMSTEAD, RICHARD LAMONT

RESP OF: TOM
PHONE..: 815-259-1000 FAX: 815-259-0186
DATE COMPUTATION BEGAN..........: 08-30-2000
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 132 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 11 YEARS
AGGREGATED TERM OF SUPERVISION..: 3 YEARS
EARLIEST DATE OF OFFENSE........: 12-17-1999

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 12-17-1999 | 12-22-1999 |
| | 06-18-2000 | 08-29-2000 |

TOTAL PRIOR CREDIT TIME.........: 79
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 411
TOTAL GCT EARNED................: 411
STATUTORY RELEASE DATE PROJECTED: 04-26-2010
ELDERLY OFFENDER TWO THIRDS DATE: 10-12-2007
EXPIRATION FULL TERM DATE.......: 06-11-2011
TIME SERVED.....................: 9 YEARS 10 MONTHS 15 DAYS
PERCENTAGE OF FULL TERM SERVED..: 89.7
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 04-26-2010
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CST
ACTUAL SATISFACTION KEYED BY....: MKH

DAYS REMAINING..................: 411
FINAL PUBLIC LAW DAYS...........: 0

G0000 TRANSACTION SUCCESSFULLY COMPLETED