SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pamela Bondi, US Atty General
US Dept. of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

9590 9402 9629 5121 3865 69

2. Article Number *(Transfer from service label)*

9589 0710 5270 2629 3804 85

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Evie Sassak
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* SEP 15 2025

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 28

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...ed Mail
- ☐ ...ed Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 24-2671 Domestic Return Receipt

USPS TRACKING #

9590 9402 9629 5121 3865 69

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED

SEP 22 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
242 Federal Bldg.
167 North Main Street
Memphis, TN 38103